UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

FREE THE NIPPLE - SPRINGFIELD
RESIDENTS PROMOTING EQUALITY,
JESSICA LAWSON, and AMBER
HUTCHINSON,

        Plaintiffs,

vs.

CITY OF SPRINGFIELD, MISSOURI,

        Defendant.

Case No. 6:15-CV-3467-BP

## JOINT STATUS REPORT

COME NOW Plaintiffs Free the Nipple - Springfield Residents Promoting Equality, Jessica Lawson and Amber Hutchinson, and Defendant City of Springfield, Missouri, and provide the following Joint Status Report in response to the Order of the court filed January 22, 2016 (Doc. 21).

1. The parties have not settled this case.

2. The parties request that the court consider requiring the parties submit a Joint Proposed Scheduling Order.

1

Respectfully submitted:

| | |
|---|---|
| */s/ Jessie Steffan* | */s/ Gillian Wilcox* |
| Anthony E. Rothert, #44827 | Gillian Wilcox, #61278 |
| Jessie Steffan, #64861 | American Civil Liberties Union Foundation |
| American Civil Liberties Union Foundation |   of Missouri |
|   of Missouri | 3601 Main Street |
| 454 Whittier Street | Kansas City, Missouri 64111 |
| St. Louis, Missouri 63108 | Phone: 816/470-9938 |
| Phone: 314/652-3112 | Fax: 314/652-3112 |
| Fax: 314/652-3112 | gwilcox@aclu-mo.org |
| arothert@aclu-mo.org | Attorney for Plaintiffs |
| jsteffan@aclu-mo.org | |
| Attorneys for Plaintiffs | |
| | */s/ Marianne Landers Banks* |
| | Marianne Landers Banks, #54554 |
| | Assistant City Attorney |
| | City of Springfield |
| | 840 Boonville Ave. |
| | Springfield MO 65802 |
| | (417) 864-1123 |
| | (417) 864-1551 (fax) |
| | mbanks@springfieldmo.gov |
| | Attorney for Defendant |