IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

FREE THE NIPPLE – SPRINGFIELD )
RESIDENTS PROMOTING EQUALITY, )
et al., )
 )
      Plaintiffs, ) Case No. 6:15CV3467-BP
 )
v. )
 )
CITY OF SPRINGFIELD, MISSOURI, )
 )
      Defendant. )

**Consent Motion to Amend Case Management Order**

Come now Plaintiffs with the consent of Defendant and move this court to modify the case management order to extend the deadline for Plaintiff to disclose experts and provide expert reports from October 14, 2016, to November 18, 2016. In support, Plaintiffs state:

1. Under the current scheduling order, plaintiffs "shall designate any expert witnesses [they] intend[] to call at trial on or before October 14, 2016[.]" ECF No. 27.

2. The parties have engaged in written discovery. Because of the large number of documents Defendant had to sort through to respond to Plaintiffs' requests, additional time was needed. Moreover, because of the large number of documents produced, it is taking longer than originally anticipated for Plaintiffs' counsel to review the records.

3. For this reason as well as scheduling issues with a prospective expert, Plaintiffs request that the time for disclosure of their experts be extended to November 18, 2016.

4. The requested extension will not require any other changes to the scheduling order.

5. Defendant consents to this request.

WHEREFORE Plaintiffs request this Court extend the time for them to designate experts through November 18, 2016.

>
> Respectfully submitted,
>
> /s/ Anthony E. Rothert
> Anthony E. Rothert, #44827
> Jessie Steffan, #64861
> ACLU of Missouri Foundation
> 454 Whittier Street
> St. Louis, Missouri 63108
> Phone: 314-669-3420
> Fax:    314-652-3112
> arothert@aclu-mo.org
> jsteffan@aclu-mo.org
>
> Gillian R. Wilcox, #61278
> ACLU of Missouri Foundation
> 406 West 34th Street, Ste. 420
> Kansas City, Missouri 64111
> Phone: 816-470-9938
> Fax:    314-652-3112
> gwilcox@aclu-mo.org
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

/s/ Anthony E. Rothert