UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| FREE THE NIPPLE - SPRINGFIELD RESIDENTS PROMOTING EQUALITY, JESSICA LAWSON, and AMBER HUTCHINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SPRINGFIELD, MISSOURI, <br><br> Defendant. | Case No. 6:15-CV-3467-BP |

NOTICE TO TAKE DEPOSITION

To: Plaintiff Amber Hutchison and her attorneys:
Anthony E. Rothert
Jessie Steffan
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108

Gillian R. Wilcox
ACLU of Missouri Foundation
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111

YOU ARE HEREBY NOTIFIED that an oral deposition will be taken in the above-entitled cause as hereinafter set forth:

Place: City of Springfield, Busch Municipal Building – 5th Floor, 840 Boonville, Springfield, MO

Date: January 18, 2017

Time: The deposition will begin at 1:30 p.m., and continue so long as is necessary to complete, not to exceed 7 hours.

Witness to
be Deposed: Amber Hutchison

Court
Reporter:    For the Record, 5337 S. Campbell, Suite A-2, Springfield, MO 65810
             Phone: (417) 881-1186   FAX: (417) 881-4557

By: */s/ Thomas E. Rykowski*
Thomas E. Rykowski   Mo Bar#: 31243
Assistant City Attorney
City of Springfield
840 Boonville
Springfield MO 65802
(417) 864-1645
(417) 864-1551 fax
trykowski@springfieldmo.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of December, 2016, the foregoing was filed electronically via the Clerk of the Court using the CM/ECF system, which provided notification of such filing to the following:

Anthony E. Rothert
Jessie Steffan
American Civil Liberties Union
Foundation of Missouri
454 Whittier Street
St. Louis, MO  63108
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox
ACLU of Missouri Foundation
3601 Main Street
Kansas City, MO  64111
gwilcox@aclu-mo.org

*/s/ Thomas E. Rykowski*
Thomas E. Rykowski