UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| FREE THE NIPPLE - SPRINGFIELD RESIDENTS PROMOTING EQUALITY, JESSICA LAWSON, and AMBER HUTCHINSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SPRINGFIELD, MISSOURI,<br><br>　　　　　Defendant. | Case No. 6:15-CV-3467-BP |

## JOINT MOTION FOR LEAVE TO FILE OVER-LENGTH SUGGESTIONS IN SUPPORT OF SUMMARY JUDGMENT

Pursuant to Local Rule 7.0(f), Defendant and Plaintiffs jointly request leave to file Suggestions in Support of Summary Judgment that exceeds the 15-page limit.

At issue in the case is whether any Constitutional rights of Plaintiffs were violated.

Both parties intend to file Motions for Summary Judgment.

The parties have conferred and both believe that additional pages are needed to fully develop arguments relating to Plaintiffs' claims.

Plaintiff's counsel (Anthony Rothert) has conferred with the undersigned and agreed to this joint request, and given authority to request same for both parties.

WHEREFORE, the parties hereto respectfully request leave to file an over-length Suggestions in Support of Summary Judgment, with such suggestions not to exceed 25 pages.

Respectfully Submitted,

By: */s/ Thomas E. Rykowski*
Thomas E. Rykowski, MO Bar No. 31243

Assistant City Attorney
840 Boonville Ave.
Springfield MO 65802
(417) 864-1645
FAX: (417) 864-1551
trykowski@springfieldmo.gov (email)
Attorney for Defendant,
City of Springfield, Missouri

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on the _27th_ day of April, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which provided notice to:

| | |
|---|---|
| Anthony E. Rothert | arothert@aclu-mo.org |
| Jessie Steffan | jsteffan@aclu-mo.org |
| Gillian R. Wilcox | gwilcox@aclu-mo.org |
| Attorneys for Plaintiffs | |

              */s/ Thomas E. Rykowski*
              Thomas E. Rykowski

Page **2** of **2**

Case 6:15-cv-03467-BP   Document 81   Filed 04/27/17   Page 2 of 2