UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| FREE THE NIPPLE - SPRINGFIELD RESIDENTS PROMOTING EQUALITY, JESSICA LAWSON, and AMBER HUTCHINSON, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No. 6:15-CV-3467-BP |
| CITY OF SPRINGFIELD, MISSOURI, | )<br>)<br>) |
| Defendant. | ) |

## JOINT MOTION FOR ADDITIONAL TIME TO FILE DISPOSITIVE MOTIONS

Comes now the undersigned counsel for Defendant, acting on behalf of and with permission of Plaintiff's counsel, to jointly request an additional 7 days to file Dispositive Motions.

Currently, dispositive motions are due Monday, May 1, 2017. The parties jointly request an additional 7 days, until Monday May 8, 2017 to file these motions. This extension should not delay or otherwise impair the remaining timelines and deadlines as set forth in the Scheduling Order.

WHEREFORE, the parties respectfully request that this court grant an extension of 7 days, until Monday May 8, 2017 to file Dispositive Motions.

Respectfully Submitted,


By: /s/ *Thomas E. Rykowski*
Thomas E. Rykowski, MO Bar No. 31243
Assistant City Attorney
840 Boonville Ave.
Springfield MO 65802
(417) 864-1645
FAX: (417) 864-1551
trykowski@springfieldmo.gov (email)
Attorney for Defendant,
City of Springfield, Missouri


**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 28th day of April, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which provided notice to:

Anthony E. Rothert          arothert@aclu-mo.org
Jessie Steffan              jsteffan@aclu-mo.org
Gillian R. Wilcox           gwilcox@aclu-mo.org
Attorneys for Plaintiffs


                    */s/ Thomas E. Rykowski*
                    Thomas E. Rykowski