IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| FREE THE NIPPLE – SPRINGFIELD RESIDENTS PROMOTING EQUALITY, JESSICA LAWSON, and AMBER HUTCHISON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SPRINGFIELD, MISSOURI, <br><br> Defendant. | Case No. 6:15-CV-3467-BP |

**Plaintiffs' Motion for Summary Judgment**

Come now Plaintiffs, pursuant to Federal Rule of Civil Procedure 56(a), and move for summary judgment on the claims in their Second Amended Complaint, ECF No. 37.

For the reasons discussed in the accompanying suggestions in support of this motion, based on the uncontroverted material facts, Plaintiffs are entitled to: (a) summary judgment that the City of Springfield's September 2015 indecent-exposure ordinance violated (1) the Free Speech Clause of the First Amendment, (2) the Due Process, and (3) Equal Protection Clauses of the Fourteenth Amendment, (b) nominal damages of $1.00 and actual damages of $364.12 and declaratory judgment with respect to the September 2015 ordinance, (c) summary judgment that the March 2016 ordinance violates the Equal Protection Clause, and (d) prospective relief in the form of declaratory judgment and a permanent injunction preventing future enforcement of the portion of the March 2016 ordinance that applies to women and girls only.

1

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
(816) 470-9938
gwilcox@aclu-mo.org

ATTORNEYS FOR PLAINTIFFS

2

**Certificate of Service**

I certify that a copy of the forgoing was filed electronically on May 4, 2017, and made available to counsel of record.

/s/ Anthony E. Rothert

3