UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

| | |
|---|---|
| FREE THE NIPPLE-SPRINGFIELD RESIDENTS PROMOTING EQUALITY, JESSICA LAWSON, and AMBER HUTCHISON, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 6:15-CV-3467-BP |
| CITY OF SPRINGFIELD, MISSOURI, | ) |
| Defendant. | ) |

## DEFENDANT CITY OF SPRINGFIELD'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, City of Springfield, Missouri, and moves the Court for its Order granting Summary Judgment in its favor on all issues of liability and damages on the grounds that there is no genuine issue of material fact and Defendant City is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56(c).

Filed contemporaneously herewith are Defendant City's Suggestions in Support of its Motion for Summary Judgment.

WHEREFORE, for the reasons set forth in the accompanying suggestions, Defendant City prays this court enter judgment in its favor on each and every count of Plaintiffs' complaint, that attorney's fees and expenses be taxed against Plaintiffs, and for such other and further relief as is deemed just and proper.

1

Respectfully Submitted,


By: ___/s/ Thomas E. Rykowski_____
Thomas E. Rykowski, MO Bar No. 31243
Assistant City Attorney
840 Boonville Ave.
Springfield MO 65802
(417) 864-1645
FAX: (417) 864-1551
trykowwski@springfieldmo.gov (email)
Attorney for Defendant,
City of Springfield, Missouri


**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 4th day of May, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which provided notice to:

Anthony E. Rothert    arothert@aclu-mo.org
Jessie Steffan          jsteffan@aclu-mo.org
Gillian R. Wilcox     gwilcox@aclu-mo.org
Attorneys for Plaintiffs


      _____/s/ Thomas E. Rykowski_____
      Thomas E. Rykowski

2

Case 6:15-cv-03467-BP   Document 87   Filed 05/04/17   Page 2 of 2