UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

| | |
|---|---|
| FREE THE NIPPLE-SPRINGFIELD RESIDENTS PROMOTING EQUALITY, JESSICA LAWSON, and AMBER HUTCHISON, <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF SPRINGFIELD, MISSOURI, <br><br>  Defendant. | Case No. 6:15-CV-3467-BP |

## NOTICE REGARDING EXHIBIT

Exhibit 11 to Defendants Suggestions in Support of Their Motion for Summary Judgment is a DVD video which cannot be filed electronically through the CM/ECF system. This exhibit will be hand delivered to the Court along with a copy of this document. Additionally, a copy of said video will be delivered to Plaintiffs via regular mail.

Respectfully Submitted,

By: */s/ Thomas E. Rykowski*
Thomas E. Rykowski, MO Bar No. 31243
Assistant City Attorney
840 Boonville Ave.
Springfield MO 65802
(417) 864-1645
FAX: (417) 864-1551
trykowski@springfieldmo.gov (email)
Attorney for Defendant,
City of Springfield, Missouri

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of May, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which provided notice to:

Anthony E. Rothert      arothert@aclu-mo.org
Jessie Steffan          jsteffan@aclu-mo.org
Gillian R. Wilcox       gwilcox@aclu-mo.org
Attorneys for Plaintiffs

                                               */s/ Thomas E. Rykowski*
                                               Thomas E. Rykowski