# Exhibit No. 11

Video of relevant portions of Council Meetings on August 24, 2015, September 14, 2015, February 22, 2016, and March 7, 2016