IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| FREE THE NIPPLE – SPRINGFIELD RESIDENTS PROMOTING EQUALITY, JESSICA LAWSON, and AMBER HUTCHISON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SPRINGFIELD, MISSOURI, <br><br> Defendant. | Case No. 6:15-CV-3467-BP |

## PLAINTIFFS' MOTION TO SEAL EXHIBITS

Come now Plaintiffs and move to seal two exhibits submitted in support of their motion for summary judgment. (ECF Nos. 90-9 and 90-11.) Plaintiffs inadvertently failed to redact personally identifying information from those exhibits, including Social Security numbers, full birth dates, and the names of minor children, as required by Fed. R. Civ. P. 5.2. Redacted versions of the exhibits are attached to this motion.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
American Civil Liberties Union
      of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314/652-3114
Fax: 314/652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
American Civil Liberties Union
    of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

## Certificate of Service

I certify that a copy of the forgoing was filed electronically on May 12, 2017, and made available to counsel of record.

/s/ Anthony E. Rothert