## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| FREE THE NIPPLE – SPRINGFIELD | ) | |
| RESIDENTS PROMOTING EQUALITY, | ) | |
| JESSICA LAWSON, and | ) | |
| AMBER HUTCHISON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15-3467-CV-S-BP |
| | ) | |
| CITY OF SPRINGFIELD, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER (1) STRIKING TRIAL AND RELATED SETTINGS AND (2) REFERRING PARTIES TO THE MEDIATION AND ASSESSMENT PROGRAM

The Court participated in a telephone conference with the parties earlier today to discuss (1) the likelihood of this case being resolved based on the parties' motions and (2) whether mediation of at least some of Plaintiffs' claims would be productive. This case is currently set for a bench trial on September 18, 2017. The pretrial conference is set for September 8, and a telephone conference is set for August 25. However, the parties have filed cross-motions for summary judgment. The Court has reviewed the parties' filings and has determined that all claims will be resolved based on the parties' arguments. Therefore, the settings for the telephone conference, pretrial conference, and trial are canceled.

The Court will refer this matter to the Director of the Mediation and Assessment Program so that the parties can attempt to resolve at least some, if not all, of the claims in this case. The Court will withhold a ruling on the parties' motions until mediation efforts are completed. The parties will be contacted by the Director in order to schedule the mediation. However, the parties

are advised that the mediation must occur relatively soon, both because of the Director's schedule and because the Court wants to avoid a lengthy delay in ruling on the motions.

IT IS SO ORDERED.

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
DATE: August 10, 2017          UNITED STATES DISTRICT COURT