IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

FREE THE NIPPLE – SPRINGFIELD )
RESIDENTS PROMOTING EQUALITY, )
JESSICA LAWSON, and )
AMBER HUTCHISON, )
)
      Plaintiffs, )
)
v. ) Case No. 15-3467-CV-S-BP
)
CITY OF SPRINGFIELD, MISSOURI, )
)
      Defendant. )

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    ORDER the Court concludes that the March 2016 ordinance does not violate the Equal Protection Clause. Therefore, Plaintiffs' Motion for Summary Judgment is **DENIED** and the City's Motion for Summary Judgment is **GRANTED**, and judgment is entered for the City on Count IV.

Dated : 10/4/2017

                              /s/Paige Wymore-Wynn
                                Clerk of Court

                              /s/ K. McIlvain
                              Deputy Clerk