Case Name: Free the Nipple – Springfield Residents Promoting Equality, et al. v, The City of Springfield

Case Number: 15-3467-CV-S-BP

Contact for questions about this appeal: U.S. District Court
1400 U.S. Courthouse
222 John Q. Hammons Parkway
Springfield, MO  65806
Clerk's Office, 417-865-3869

Length of Trial: N/A
Financial Status: Fee Paid: Yes

COUNSEL FOR:

| PLAINTIFFS | DEFENDANTS |
|---|---|
| **Gillian R. Wilcox**<br>ACLU of Missouri<br>406 W. 34th Street, Suite 420<br>Kansas City MO  64111<br>(816) 652-3112 | **Franklin D. Romines, II**<br>City of Springfield, MO<br>840 Boonville Avenue<br>P O Box 8368<br>Springfield MO  65802<br>(417) 864-1645 |
| **Jessie Steffan**<br>ACLU of Missouri Foundation-StL<br>454 Whittier Street<br>St. Louis, MO  63108<br>(314) 652-3114 | **Marianne L. Banks**<br>**Thomas E. Rykowski**<br>840 Boonville<br>Springfield MO  65802<br>(417) 864-1645 |
| **Anthony E. Rothert**<br>ACLU of Missouri Foundation-StL<br>906 Olive Street, Suite 1130<br>St. Louis MO  63101<br>(314) 652-3114 | |

Are there any other pending post-judgment motions: No

Is there keen local interest in this case? No

Do you recommend a simultaneous opinion release? No

Is there a court reporter in this case? No